Stephen H. Galloway, OSB No. 093602
shgalloway@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

FILED '10 AUG 30 15:36 USDC-ORE

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| JUSTIN J. JOHNSON, SSN ****-**-0776, | Case No.: 6:09-CV-127-AA |
| Plaintiff, | [PROPOSED] ORDER AWARDING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation Regarding Fees Pursuant to the Equal Access to Justice Act ("Stipulation"), and for cause shown,

///

///

///

///

Page 1  -  [PROPOSED] ORDER AWARDING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

70236397.2 0099821-00431

IT IS HEREBY ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of NINE THOUSAND dollars and 00 cents ($9,000.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms of the Stipulation. EAJA fees, expenses, and costs are subject to any offsets allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, ___ U.S. ___ (2010).

Dated: August 30, 2010.

_____
The Honorable Ann Aiken
United States District Judge

Presented by:

/s/ Stephen H. Galloway
Stephen H. Galloway, OSB NO. 093602
shgalloway@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, Oregon 97204
Phone: 503.224.3380
Fax: 503.220.2480